**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Eric Bodin** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL NO. : 1:19-CV-00680** |
| | § | |
| | § | |
| **Liberty Life Assurance Company of Boston** | § | |
| | § | |
| | § | |
| *Defendant* | § | |

**PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, Plaintiff proposes the attached scheduling order.

Respectfully submitted,

Bemis, Roach & Reed
4100 Duval Rd.,
Bldg. 1, Ste. 200
Austin, Texas 78759
(512) 454-4000
(512) 453-6335 (facsimile)
greg@brrlaw.com

By: ______________________________

GREG REED
State Bar No. 16677750
*For Plaintiff*

## CERTIFICATE OF SERVICE

By my signature above, I, Greg Reed, do hereby certify that on December 3, 2019, a true and correct copy of the foregoing pleading was electronically filed with the clerk of the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court and the electronic case filing system sent a Notice of Electronic Filing to defense counsel as set out below.

Iwana Rademaekers
Law Office of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
(214) 579-9319
iwana@rademaekerslaw.com