**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Eric Bodin** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL NO. : 1:19-CV-00680** |
| | § | |
| | § | |
| **Liberty Life Assurance Company of Boston** | § | |
| | § | |
| | § | |
| *Defendant* | § | |

**SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order:

IT IS ORDERED THAT:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before January 10, 2020.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before December 15, 2019 and each opposing party shall respond, in writing, on or before January 15, 2020. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of the trial.

3. The parties shall file all amended or supplemental pleadings and shall join additional parties on or before January 31, 2020.

4. This case is exempt from Disclosures as per Fed. R. Civ. P. 26(a)(1)(B)(i). It will be tried on an administrative record. Defendant will produce, but not file a numbered copy of the proposed administrative record on or before March 27, 2020. Plaintiff will produce any suggested additions to the administrative record or object to the inclusion of matters contained therein on or before April 24, 2020.

5. Defendant will file a single copy of the agreed redacted administrative record, omitting all personal identifying information, on or before May 22, 2020.

6. This case will be set for trial before the bench on ______________________, 20___, at ________________. The parties shall file their respective trial briefs on or before _________________________________, 20____. The parties' trial briefs are limited to twenty (20) pages. Each party may respond to the trial briefing on or before ___________________, 20___. The parties' responses are limited to ten (10) pages.

SIGNED this _________ day of ________________________, 2019.

_________________________________________
LEE YEAKEL
UNITED STATES DISTRICT JUDGE