**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **ERIC BODIN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 1:19cv00680** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

Pursuant to the Scheduling Order and Local Rule CV-88 and the Order entered on December 5, 2019 (Document 5), Plaintiff Eric Bodin and Defendant Liberty Life Assurance Company of Boston submit this Joint Alternative Dispute Resolution Report.

Plaintiff made a written settlement demand and Defendant has responded, but a resolution has not yet been reached by the Parties. The individuals responsible for settlement negotiations are Greg Reed for Plaintiff and Iwana Rademaekers for Defendant.

The parties believe that alternative dispute resolution may be appropriate in this case, but only after they have fully explored and exhausted informal settlement negotiations conducted between counsel. Both Plaintiff and Defendant have been advised of the ADR procedures available. Should the parties believe ADR is appropriate, they will select a mutually agreeable mediator. The parties will equally divide any mediation fee.

Should the parties elect to mediate this case, they will do so on or before the date 30 days prior to the date trial is set to begin and will report to the court the outcome of the mediation.

Respectfully submitted,

**BEMIS ROACH & REED**
4100 Duval Rd, Building I, Ste 200
Austin, Texas 78759
PH: (512) 454-4000
FX: (210) 453-6335

**BY:** /s/ Greg Reed (w/permission)

**GREG REED**
State Bar No. 16677750
Email: greg@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**

- AND -

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**BY:** /s/ Iwana Rademaekers

**IWANA RADEMAEKERS**
State Bar of Texas No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Greg Reed
Email: greg@brrlaw.com

January 10, 2020 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers