IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 MAY 28 PM 2:29

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY

| | | |
|---|---|---|
| ERIC BODIN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-19-CV-680-LY |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| DEFENDANT. | § | |
| | § | |

**ORDER CLOSING CASE**

Before the court is the above styled and numbered action. On May 27, 2020, the parties filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) that provides the parties stipulate that this action is dismissed with prejudice, and that all costs be borne by the party incurring them (Clerk's Document No. 7). Therefore,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 28th day of May, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE